■ STAMELL & SCHAGER LLP, Respondent, v VLADIMIR DUBININ, Appellant. [959 NYS2d 434]—Judgment, Supreme Court, New York County (Ira Gammerman, J.H.O.), entered December 23, 2011, which, after a nonjury trial, awarded plaintiff law firm fees with interest, costs and disbursements in the total amount of $32,523.02, unanimously affirmed, without cost.

Defendant does not challenge the terms of the retainer agreement, that the work was performed, or the reasonableness of the time expended by plaintiff in representing defendant in the underlying action. His arguments on appeal are unavailing as well as unpreserved and/or unsupported by the record. Concur—Tom, J.P., Moskowitz, Richter, Manzanet-Daniels and Clark, JJ.

■ 338 W. 46TH STREET REALTY, LLC, Respondent, v GEORGE MORTON et al., Appellants. [959 NYS2d 435]—Order of the Appellate Term of the Supreme Court, First Department, entered on or about July 15, 2011, which, to the extent appealed from, modified an amended order of Civil Court, New York County (Gary F. Marton, J.), entered on or about October 7, 2009, to reduce the amount of attorneys' fees awarded to respondents, unanimously affirmed, without costs.

Notwithstanding that the proceeding before the Division of Housing & Community Renewal (DHCR) was related to the summary possession proceeding, Real Property Law § 234 is not applicable to the DHCR proceeding, and respondents are not entitled to attorneys' fees incurred therein (*see Matter of Blair v New York State Div. of Hous. & Community Renewal*, 96 AD3d 687 [1st Dept 2012]). Concur—Tom, J.P., Moskowitz, Richter, Manzanet-Daniels and Clark, JJ. **[Prior Case History: 32 Misc 3d 131(A), 2011 NY Slip Op 51333(U).]**